NOTE:  This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**THREE S CONSULTING,**
*Plaintiff-Appellant,*

v.

**UNITED STATES,**
*Defendant-Appellee.*

---

2012-5104

---

Appeal from the United States Court of Federal Claims in case no. 10-CV-583, Judge Nancy B. Firestone.

---

**ON MOTION**

---

**O R D E R**

Three S Consulting moves without opposition for extensions of time, until November 9, 2012, to file its brief.

Upon consideration thereof,

IT IS ORDERED THAT:

THREE S CONSULTING V. US                                              2

   The motions are granted.   No further extensions
should be anticipated.

                              FOR THE COURT


                              /s/ Jan Horbaly
                              Jan Horbaly
                              Clerk

s27